UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DIANIRA VANESSA VASQUEZ,

          Plaintiff,

   v.

UR MENDOZA JADDOU, *et al.*,

          Defendants.

Case No. C24-1537-JHC

ORDER

Plaintiff has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) Plaintiff does not appear to have funds available to afford the $405.00 filing fee. Accordingly, Plaintiff's application to proceed IFP (dkt. # 1) is GRANTED. Plaintiff shall note that leave to proceed as a pauper does not necessarily entitle Plaintiff to a waiver of any other cost(s) of litigation.

The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable John H. Chun.

Dated this 27th day of September, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 1